**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 511 |
| | : | |
| REAPPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 12th day of April, 2019, Paul D. Boas, Esquire, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term of three years, commencing June 9, 2019.